1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY EUGENE HOWARD,                No.  2:20-cv00081 AC P

12              Plaintiff,

13         v.                               ORDER AND FINDINGS AND
                                            RECOMMENDATIONS
14    DR. ARYAD, et al.,

15              Defendants.

16

17         By an order issued January 15, 2020, plaintiff was directed to file a completed in forma

18    pauperis affidavit or, in the alternative, to pay the filing fees and to do so within thirty days.  ECF

19    No. 6 at 2.  To that end, plaintiff was sent this court's in forma pauperis application.  At that time,

20    plaintiff was warned that failure to properly and timely file it would result in a recommendation

21    that this action be dismissed.  See id.

22         More than thirty days have passed, and plaintiff has not filed the in forma pauperis

23    application.  Plaintiff has not responded to the court's order in any way.

24         Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a

25    District Court Judge to this action.

26         IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice.

27         These findings and recommendations are submitted to the United States District Judge

28    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 9, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE